

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

No. 7:21-mj-1247-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CRIMINAL INFORMATION** |
| | ) | |
| BRADLEY RYAN ALAN DAY | ) | |

The United States Attorney Charges that:

On or about September 3, 2021, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, **BRADLEY RYAN ALAN DAY**, did knowingly, willfully and unlawfully reenter Marine Corps Base, Camp Lejeune, after receiving an order not to reenter by the Commanding General, Marine Corps Base, Camp Lejeune, in violation of the provisions of Title 18, United States Code, Section 1382.

G. NORMAN ACKER, III
Acting United States Attorney

By: _____

MARK J. GRIFFITH
Special Assistant U.S. Attorney
Criminal Division