UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:21-mj-1247-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| BRADLEY RYAN ALAN DAY ) | |

The Government's motion is hereby granted. This case is dismissed.

November 19 2021
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE